Certificate Number: 16339-PAM-DE-038054323

Bankruptcy Case Number: 23-02394


16339-PAM-DE-038054323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2023, at 12:41 o'clock AM EST, Judyann Bixler completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 29, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor