# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

IN RE:                                           Case No. 23-02394-HWV
                                                     Chapter 13

JudyAnn F. Bixler

Debtor(s).

## NOTICE OF APPEARANCE

**Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                         By:   /s/ Steven K. Eisenberg
                                Steven K. Eisenberg, Esquire
                                Bar No: 75736
                                Stern & Eisenberg, PC
                                1581 Main Street, Ste. 200
                                The Shops at Valley Square
                                Warrington, PA 18976
                                Phone: 215-572-8111
                                Fax: 215-572-5025
                                seisenberg@sterneisenberg.com
                                Attorney for Creditor

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of April, 2025, to the following:

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

JudyAnn F. Bixler
2842 Centennial Road
Hanover, PA 17331

***Debtor(s)***

            By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire