IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: JUDYANN F. BIXLER | : | Chapter 13 |
|    DEBTOR | : | Case No. 1:23-bk-02394-HWV |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
|    MOVANT | : | |
| | : | |
| JUDYANN F. BIXLER | : | |
|    RESPONDENT | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
|    TRUSTEE | : | |

## DEBTORS' RESPONSE TO MOTION OF NATIONSTAR MORTGAGE LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Nationstar Mortgage LLC, filed its Motion For Relief From The Automatic Stay on June 20, 2025.

2. Debtor is in agreement that she is delinquent on payments to Movant.

3. Debtor requests the opportunity to include post-petition arrears into her chapter 13 plan.

4. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, JudyAnn F. Bixler, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed June 20, 2025 by Nationstar Mortgage LLC.

Dated: June 26, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax