UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     JUDYANN F. BIXLER, | : | |
|         Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
|         Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| JUDYANN F. BIXLER, | : | |
|         Respondent | : | CASE NO. 1-23-bk-02394-HWV |

## TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

      AND NOW, this 28th day of July 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Douglas R. Roeder, Esquire, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

    1.    Trustee avers that Debtor's Plan is not feasible based upon the following:

        a.  The Plan is underfunded relative to claims to be paid. The Plan does not pay the liquidation value, plus payments on secured claims. It must pay at least $16,909.65 in order to be properly funded.

      WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

        a.  deny confirmation of Debtor's Plan;
        b.  dismiss or convert Debtor's case; and
        c.  provide such other relief as is equitable and just.

                                    Respectfully submitted:

                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
                                    (717) 566-6097

                        BY:    /s/ Douglas R. Roeder, Esquire
                                    Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 28th day of July 2025, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Nicholas G. Platt, Esquire
Mooney Law
230 York Street
Hanover, PA 17331

                                        /s/ Derek M. Strouphauer, Paralegal
                                        Office of Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee