UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>JUDYANN F. BIXLER<br><br><br><br>Debtor | Chapter 13<br>Case No. 1:23-BK-02394-HWV |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br>     Movant<br><br>v.<br><br>JUDYANN F. BIXLER<br>     (Debtor)<br><br>JACK N. ZAHAROPOULOS<br>     (Trustee)<br><br>Respondents | Ref. Dkt. #36 |

## WITHDRAWAL OF CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S MOTION FOR RELIEF FROM STAY (DOC. NO. 36)

Now comes Capital One Auto Finance, a division of Capital One, N.A., by and through its attorneys, Orlans Law Group PLLC, and hereby withdraws the Motion for Relief from Stay (Doc. No. 36) filed on July 11, 2025.

Date: <u>August 25, 2025</u>　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth A. Trachtman*
　　　　　　　　　　　　　　　　　　　　　　Elizabeth A. Trachtman, PA
　　　　　　　　　　　　　　　　　　　　　　Orlans Law Group PLLC
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Capital One Auto Finance, a
　　　　　　　　　　　　　　　　　　　　　　division of Capital One, N.A.
　　　　　　　　　　　　　　　　　　　　　　200 Eagle Road, Bldg. 2, Suite 120
　　　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　　　(484) 367-4191
　　　　　　　　　　　　　　　　　　　　　　etrachtman@orlans.com
　　　　　　　　　　　　　　　　　　　　　　File Number: 25-008255

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, and any applicable exhibits attached thereto, has been served electronically, or routed for service by U.S. Mail to the following:

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*Bankruptcy Trustee*

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331
*Debtors' Attorney*

JudyAnn F. Bixler
2842 Centennial Road
Hanover, PA 17331
*Debtor*

Date: <u>August 25, 2025</u>

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, PA
Orlans Law Group PLLC
Attorneys for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg. 2, Suite 120
Wayne, PA 19087
(484) 367-4191
etrachtman@orlans.com
File Number: 25-008255